IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
PDII, LLC,                             )
                                       )
              Plaintiff,               )
                                       )
     v.                                )    1:24CV430
                                       )
SKY AIRCRAFT MAINTENANCE, LLC,         )
SKY AVIATION HOLDINGS, LLC, &          )
TBO EXTENSION, LLC,                    )
                                       )
              Defendants.              )
```

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 30, 2024, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand (Doc. 12) is GRANTED and this action is REMANDED to the General Court of Justice, Superior Court Division, Cabarrus County, North Carolina for further proceedings.

/s/   Thomas D. Schroeder
United States District Judge

October 22, 2024